595-07/PJG/BGC
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GOLDENPORT SHIPMANAGEMENT LTD.,

            Plaintiff,

  - against -

SHANGHAI HUACHENG MARINE SPARE
PARTS SUPPLY & SERVICE LTD. a/k/a
HUA CHENG MARINE SPARE PARTS and
SERVICE LTD. and CSSS MARINE SPARE
PARTS LIMITED,

            Defendants.
------------------------------------------------------------x

07 CV 10495 (NRB)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GOLDENPORT SHIPMANAGEMENT LTD. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       November 20, 2007

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff GOLDENPORT
                                  SHIPMANAGEMENT LTD.

                         By: _____
                               Peter J. Gutowski (PG 2200)
                               Barbara G. Carnevale (BC 1651)
                               80 Pine Street
                               New York, NY 10005
                               (212) 425-1900
                               (212) 425-1901 fax

NYDOCS1/294232.1