582-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOLDENPORT SHIPMANAGEMENT LTD. and
OPAL MARITIME LTD.,

                            Plaintiffs,

  - against -

SHANGHAI HUACHENG MARINE SPARE
PARTS SUPPLY & SERVICE LTD. a/k/a
HUA CHENG MARINE SPARE PARTS and
SERVICE LTD. and CSSS MARINE SPARE
PARTS LIMITED,

                            Defendants.
------------------------------------------------------------x

07 CIV 10495 (NRB)

**ORDER DIRECTING CLERK TO ISSUE AMENDED PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

      Upon reading and filing the Amended Verified Complaint of the Plaintiffs herein, verified on the 26th day of February, 2008; and

      Upon consideration of the Plaintiffs' application for an Order Directing Issuance of an Amended Process of Attachment, to conform to the Amended Complaint which names an additional party plaintiff; and

      Plaintiffs having confirmed that the conditions under which the original attachment was issued remain the same in that the Defendants cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1); and

      NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby **O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Amended

NYDOCS1/296298.1

Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendants, as described therein, including but not limited to any property of the Defendants (hereinafter "ASSETS"), as may be held, received or transferred in either of their own names or for their benefit at, moving through, or within the possession, custody or control of banking institutions and/or other institutions or such other garnishee(s) on whom a copy of the Amended Process of Maritime Attachment and Garnishment may be served, in the amount of $343,168 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendants, as identified in the Amended Verified Complaint and as specified in the Process; and it is further

**ORDERED** that the issuance of this Order and the Amended Process of Maritime Attachment and Garnishment shall be considered retroactive with respect to any funds already under restraint and any garnishee holding funds under the original Process of Attachment shall continue to hold those funds in favor of the Plaintiffs named in the Amended Complaint; and

**ORDERED** that the other aspects of the Court's Order dated November 26, 2007 to remain in full force and effect and are equally applicable to the Amended Process of Attachment and Garnishment to be issued hereunder;

Dated: ~~February~~ March 3, 2008
New York, New York

_____
U.S.D.J.